ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
thyssenkrupp rothe erde USA Inc.               )    ASBCA No. 62983
  dba Rotek Incorporated                       )
                                               )
Under Contract No. SPE7L4-18-P-1996            )

APPEARANCE FOR THE APPELLANT:         Giovanni M. Ruscitti, Esq.
                                        Berg Hill Greenleaf Ruscitti LLP
                                        Boulder, CO

APPEARANCES FOR THE GOVERNMENT:       Daniel K. Poling, Esq.
                                        DLA Chief Trial Attorney
                                       Tyson McDonald, Esq.
                                       Colleen Loughran, Esq.
                                        Trial Attorneys
                                        DLA Land and Maritime
                                        Columbus, OH

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 23, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 62983, Appeal of thyssenkrupp rothe
erde USA Inc. dba Rotek Incorporated, rendered in conformance with the Board's
Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals